HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

ALEXANDRIA L. TICHENOR and JULIE RADKE, each individually, and each on behalf of other members of the general public similarly situated,

Plaintiffs,

v.

WALGREEN CO., an Illinois corporation; and DOES 1 through 5, inclusive,

Defendants.

Case No. 2:26-cv-02426-JNW

ORDER GRANTING STIPULATED MOTION TO CONTINUE FED. R. CIV. P. 26(F) CONFERENCE, INITIAL DISCLOSURES, AND JOINT STATUS REPORT

Having considered the stipulation of the Parties, the Court **GRANTS** the Stipulated Motion to Continue Fed. R. Civ. P. 26(f) Conference, Initial Disclosures, and Joint Status Report. The Fed. R. Civ. P. 26(f) Conference shall be held by September 30, 2026. The Parties will exchange Initial Disclosures by October 14, 2026. The Parties must submit a Combined Joint Status Report and Discovery Plan by October 21, 2026.

**SO ORDERED** this 1st day of September, 2026.

HONORABLE JAMAL N. WHITEHEAD
United States District Judge



STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3400, Seattle, WA 98101
Telephone 206.624.0900

Presented by:

STOEL RIVES LLP

*s/ Adam S. Belzberg*
ADAM S. BELZBERG, WSBA # 41022
adam.belzberg@stoel.com
RYAN S. KUNKEL, *pro hac vice pending*
ryan.kunkel@stoel.com
EMILY L. SEIBOLD, WSBA # 62988
emily.seibold@stoel.com
600 University Street, Suite 3400
Seattle, WA 98101
Telephone: 206.624.0900
Facsimile: 206.386.7500

*Attorneys for Defendant*

LAWYERS FOR JUSTICE, P.C.

*s/ Chad Saunders (via email authorization)*
Benjamin J. Stone, WSBA #33436
Joanna Ghosh, WSBA #65285
Albert H. Kirby, WSBA #40187
Chad Saunders, WSBA #65554
701 Pike Street, Suite 1650
Seattle, WA 98101
Telephone: (424) 521-5121
Facsimile: (818) 265-1021
b.stone@calljustice.com
joanna@calljustice.com
a.kirby@calljustice.com
c.saunders@calljustice.com

*Attorneys for Plaintiffs*