HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALEXANDRIA L. TICHENOR and JULIE RADKE, each individually, and each on behalf of other members of the general public similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WALGREEN CO., an Illinois corporation; and DOES 1 through 5, inclusive,<br><br>Defendants. | Case No. 2:26-cv-02426-JNW<br><br>ORDER GRANTING SECOND STIPULATED MOTION TO CONTINUE FED. R. CIV. P. 26(F) CONFERENCE, INITIAL DISCLOSURES, AND JOINT STATUS REPORT |

Having considered the stipulation of the Parties, the Court **GRANTS** the Second Stipulated Motion to Continue Fed. R. Civ. P. 26(f) Conference, Initial Disclosures, and Joint Status Report. The Fed. R. Civ. P. 26(f) Conference shall be October 30, 2026. The Parties will exchange Initial Disclosures by November 13, 2026. The Parties must submit a Combined Joint Status Report and Discovery Plan by November 20, 2026.

**SO ORDERED** this 1st day of October, 2026.

HONORABLE JAMAL N. WHITEHEAD
United States District Judge



**LAWYERS *for* JUSTICE, P.C.**
*701 Pike Street, Suite 1650*
*Seattle, WA 98101*
*Phone: (425) 521-5121*
*Fax: (818) 265-1021*

Presented by:

STOEL RIVES LLP

*/s/Ryan S. Kunkel*

ADAM S. BELZBERG, WSBA # 41022
adam.belzberg@stoel.com
RYAN S. KUNKEL, *admitted pro hac vice*
ryan.kunkel@stoel.com
EMILY L. SEIBOLD, WSBA # 62988
emily.seibold@stoel.com
600 University Street, Suite 3400
Seattle, WA 98101
Telephone: 206.624.0900
Facsimile: 206.386.7500

*Attorneys for Defendant*

LAWYERS FOR JUSTICE, P.C.

*/s/Chad Saunders*

Benjamin J. Stone, WSBA #33436
Joanna Ghosh, WSBA #65285
Albert H. Kirby, WSBA #40187
Chad Saunders, WSBA #65554
701 Pike Street, Suite 1650
Seattle, WA 98101
Telephone: (424) 521-5121
Facsimile: (818) 265-1021
b.stone@calljustice.com
joanna@calljustice.com
a.kirby@calljustice.com
c.saunders@calljustice.com

*Attorneys for Plaintiffs*



**LAWYERS *for* JUSTICE, P.C.**
*701 Pike Street, Suite 1650*
*Seattle, WA 98101*
*Phone: (425) 521-5121*
*Fax: (818) 265-1021*